# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re:  
Choxi.com, Inc.  

  aka  Nomorerack.com, Inc.

Bankruptcy Case No.: 16–13131–scc

**Debtor\***                                                                                                       CHAPTER:  7

Social Security No.:  
Taxpayer ID/Employer ID/Other Nos.:

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above−named debtor:

A petition under title 11, United States Code was filed against you on 11/10/16 in this Bankruptcy Court, requesting an order for relief under Chapter 7 of the Bankruptcy Code (title 11 of the United States Code.)

YOU ARE SUMMONED and required to submit to the Clerk of the Bankruptcy Court, a motion or answer (attorneys should file online) to the petition within 21 days after the service of this summons. A copy of the petition is attached.

---

**Address of Clerk:**

        **United States Bankruptcy Court**  
        **Southern District of New York**  
        **One Bowling Green**  
        **New York, NY 10004−1408**  
        **www.nysb.uscourts.gov**

---

At the same time, you must also serve a copy of the motion or answer upon the petitioner's attorney.

---

**Name and Address of Petitioner's Attorney:**

        **Isaac Nutovic**  
        **Nutovic & Associates**  
        **261 Madison Avenue**  
        **26th Floor**  
        **New York, NY 10016**

---

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).  
If you fail to respond to this Summons, an order for relief will be entered.

                                                                       Vito Genna

                                                                     *Clerk of the Court*

Dated: 11/14/16                                               By: /s/  Jeanelle Dawes

                                                                         *Deputy Clerk*

---

\*Set forth all names, including trade names, used by the debtor within the last 8 years. (Federal Rule of Bankruptcy Procedure 1005). For joint debtors, set forth both social security numbers.