BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Neil Grossman (NG 9113)
144 N. Beverwyck Road, # 187
Lake Hiawatha, New Jersey 07034
      - and -
60 East 42nd Street, Suite 4600
New York, New York 10165
973-335-6409
*Attorneys for creditor*
*MAC MERIDIAN, LLC*

```
              UNITED STATES BANKRUPTCY COURT
           FOR THE SOUTHERN DISTRICT OF NEW YORK
```

|  |  |
|---|---|
| ----------------------------------X  In re:                                  :                                       :        CHOXI.COM, INC.,               :                                       :                            Debtor.    : ----------------------------------X | Chapter 7  Case No.: 16-13131  **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS** |

***TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK***

Kindly enter the appearance of Neil Grossman, Esq. of the firm of Bronstein, Gewirtz & Grossman, LLC on behalf of Mac Meridian, LLC, a creditor and party in interest in the above captioned case.

Pursuant to Rules 2002, 2007 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that he be added to all mailing lists and matrices in this case and that copies of all notices, pleadings, judgments and orders in this case be sent to the undersigned at the following address:

Neil Grossman, Esq.
Bronstein, Gewirtz & Grossman, LLC
144 N. Beverwyck Road, # 187
Lake Hiawatha, New Jersey 07034
(973) 335-6409
Telecopier:  973-335-3717
email:  neil@bgandg.com


BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
*Attorneys for creditor*
*Mac Meridian, LLC*


Dated:  November 14, 2016        By:  /s/ Neil Grossman
Neil Grossman, Esq.
144 N. Beverwyck Road, # 187
Lake Hiawatha, New Jersey 07034
(973) 335-6409
email:  neil@bgandg.com
     - and -
60 East 42nd Street, Suite 4600
New York, New York 10165

### **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2016, I served the foregoing Notice of Appearance upon all parties of record appearing in this action by electronic means, by filing such documents with this Court via its Electronic Filing System.


Dated:  November 14, 2016         s/ Neil Grossman
                                  NEIL GROSSMAN