UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                          Chapter 7

    CHOXI.COM, INC.
                                          Case No. 16-13131(scc)

                            Debtor
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

    Isaac Nutovic, certifying under penalty of perjury says:

    I am not a party to the action. I am over the age of eighteen years.

    On November 14, 2016, I served a copy of the Summons (Docket #2) and Involuntary Petition (Docket #1) as follows:

1. By personally serving true and correct copies on Cliff Schneider, Executive Vice President of Choxi.com, Inc. at his offices at 275 Madison Avenue, 19th Floor, New York, New York 10016; and

2. By causing true and correct copies to be sent via the US Postal Service with postage prepaid thereon, addressed to

    Choxi.com Inc.
    381 Park Avenue South
    New York, New York 10016
    Attn: President

Dated: New York, New York
       November 14, 2016

                                                                s/ *IsaacNutovic*
                                                               Isaac Nutovic, Esq.