CULLEN AND DYKMAN, LLP
Daniel S. Eichhorn (DE 5505)
433 Hackensack Avenue – 12th Floor
Hackensack, New Jersey 07601
(201) 488-1300
   - and –
44 Wall Street
New York, New York 10005-2407
(212) 732-2000
Attorneys for Creditor Taradex, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CHOXI.COM, INC.,<br><br>                      Debtor. | CHAPTER 7<br><br>Case No.: 16-13131<br><br>**NOTICE OF APPEARANCE<br>AND REQUEST FOR NOTICE<br>AND SERVICE OF PAPERS** |

**TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

Kindly enter the appearance of Daniel S. Eichhorn, Esq. of the firm of Cullen and Dykman, LLP on behalf of Taradex, Inc., a creditor and party in interest in the above captioned case.

Pursuant to Rules 2002, 2007 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that he be added to all mailing lists and matrices in this case and that copies of all notices, pleadings, judgments and orders in this case be sent to the undersigned at the following address:

Daniel S. Eichhorn, Esq.
Cullen and Dykman, LLP
433 Hackensack Avenue – 12th Floor
Hackensack, New Jersey 07601
Phone  (201) 488-1300
Telecopier  (201)488-2460
Email: deichhorn@cullenanddykman.com

CULLEN AND DYKMAN, LLP
Attorneys for Creditor, Taradex, Inc.

Date:  November 30, 2016        By:  */s/     Daniel S. Eichhorn*
CULLEN AND DYKMAN, LLP
Daniel S. Eichhorn (DE 5505)
433 Hackensack Avenue – 12th Floor
Hackensack, New Jersey 07601
(201) 488-1300
   - and –
44 Wall Street
New York, New York 10005-2407
(212) 732-2000

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2016, I served the foregoing Notice of Appearance upon all parties of record appearing in this action by electronic means, by filing such documents with this Court via its Electronic Filing System.

*/s/     Daniel S. Eichhorn*
Daniel S. Eichhorn

Date:  November 30, 2016