

Rosenthal & Rosenthal

November 16, 2016

U. S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1405
Attn: Clerk

## REQUEST FOR SERVICE

RE:  Choxi.com, Inc
New York, NY
CASE#:  16-13131-SCC

Dear Clerk:

We are unsecured creditors and would like to request to be put on a mailing list for all bankruptcy court notices pertaining to the above named **Chapter 7**.

Please send all notices via mail or via email to the following preferred address;

Rosenthal & Rosenthal, Inc
1370 Broadway
New York, NY 10018
Attention: Anthony DiTirro
Email: TDiTirro@rosenthalinc.com

Very truly yours,
Rosenthal & Rosenthal, Inc.

Melinda De Jesus
PH#: (212) 356-1452
FX#: (212) 356-3452
Email: mdejesus@rosenthalinc.com

MD
CL-P



RECEIVED NOV 18 2016