UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                   :         Chapter 11
                                                        :
CHOXI.COM, INC., a/k/a NOMORERACK.COM,  :         Case No. 16-13131 (SCC)
INC.,                                                   :
                                                        :
                        Debtor.                         :
---------------------------------------------------------------x

## ORDER FOR RELIEF

**WHEREAS**, on November 10, 2016, an involuntary petition (the "Involuntary Petition") seeking an order for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") was filed against Choxi.com, Inc., a/k/a Nomorerack.com, Inc. (the "Debtor") by Sanders Collection, Inc., Consumer Shopping, Inc. and Elite Brands, Inc. (the "Petitioning Creditors") and a summons served on November 14, 2016;

**WHEREAS**, the Debtor's time to answer, move or otherwise respond to the Involuntary Petition was December 5, 2016 pursuant to Rule 1011 of the Federal Rules of Bankruptcy Procedure;

**WHEREAS**, on December 5, 2016, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Petition");

**NOW, THEREFORE**, it is hereby

**ORDERED**, that relief under Chapter 11 of the Bankruptcy Code is hereby granted as of the date of filing of the Chapter 11 Petition on December 5, 2016; and it is further

**ORDERED**, that the Clerk is directed to serve a copy of this Order by mail upon the Debtor, the United States Trustee and the Petitioning Creditors.

Dated: New York, New York
December 9, 2016

/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE