Aaron R. Cahn
Alexander G. Malyshev
Carter, Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232
bankruptcy@clm.com

Attorneys for Foscam Digital Technologies LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
**In re**                                                    :    **Chapter 11**
                                                             :
**CHOXI.COM, INC., a/k/a**                                   :
**NOMORERACK.COM, INC.**                                     :    Case No. 16-13131(SCC)
                                                             :
                                                             :
        **Debtor.**                                          :
-------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that pursuant to Rule 9010(b) of the Bankruptcy Rules, the undersigned hereby appears as counsel for Foscam Digital Technologies LLC.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

> Carter, Ledyard & Milburn LLP
> 2 Wall Street
> New York, New York 10005
> Attention: Aaron R. Cahn
>             Alexander G. Malyshev
> Telephone: (212) 732-3200
> Facsimile: (212) 732-3232
> e-mail: cahn@clm.om
>         malyshev@clm.com
>         bankruptcy@clm.com

7900357.1

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and Request for Service, nor any later appearance, pleading, claim or suit shall waive the: (i) right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, recoupments, or remedies under agreement, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies are expressly reserved.

Dated: New York, New York
January 11, 2017

        CARTER LEDYARD & MILBURN LLP

        By: __/s/ Aaron R. Cahn__
        Aaron R. Cahn
        Alexander G. Malyshev
        Carter Ledyard & Milburn LLP
        2 Wall Street
        New York, New York 10005
        Telephone: (212) 732-3200
        Facsimile: (212) 732-3232

        Attorneys for Foscam Digital Technologies LLC

To:    Clerk, United States Bankruptcy Court
       1 Bowling Green
       New York, New York 10004