KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
Tracy L. Klestadt
Stephanie R. Sweeney
200 West 41st Street, 17th Floor
New York, NY 10036
Tel. (212) 972-3000
Fax. (212) 972-2245

Hearing Date:
January 19, 2017 at 1:30 pm.

*Proposed Attorneys for the* Debtor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CHOXI.COM, INC, | : | Case No. 16-13131 (SCC) |
| Debtor. | : | |

## AFFIDAVIT OF BLANCHE ZELMANOVICH OF CBIZ ACCOUNTING, TAX & ADVISORY OF NEW YORK, LLC, AS PROPOSED JOINT FINANCIAL ADVISORS TO THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

STATE OF NEW YORK    )
                     )  SS:
COUNTY OF NEW YORK   )

Blanche Zelmanovich, being duly sworn, says:

1.  I am a Managing Director of CBIZ Accounting, Tax & Advisory of New York, LLC, proposed joint financial advisors to Choxi.com, Inc. ("Debtor"), as Debtor and Debtor in possession, and the Official Committee of Unsecured Creditors (the "Committee") in this case. I submit this affidavit ("Affidavit") in support of the Debtor's Motion (the "Motion") Pursuant to Sections 105(a), 332 and 363 of the Bankruptcy Code and Bankruptcy Rules 2002 and 6004 for an Order Approving License Agreement on a Final Basis or Sale to Successful Bidder Free and

Clear of All Liens, Claims and Encumbrances [Docket No. 11]. I am fully familiar with the matters discussed herein.

2. I attended the Auction held at the offices of Klestadt Winters Jureller Southard & Stevens, LLP on January 12, 2017 at the request of the Debtor's Chief Restructuring Officer ("CRO"), Debtor's proposed counsel, the Committee and proposed Committee counsel. Prior to the Auction, I was provided copies of (i) each of the bids received from N.D. Gems Inc. and 9th LLC (collectively, the "Stalking Horse Bidder") and Creek Equity Partners, LLC ("Creek Equity") and (ii) supporting financial information provided by each of the bidders.

3. For the Stalking Horse Bidder, I was provided with September 30, 2016 balance sheets and 2015 tax returns for each of N.D. Gems LLC, 9th LLC, and their affiliate Lucent Jewelers Inc. (collectively, the "Stalking Horse Entities").

4. For Creek Equity, I was provided 2015 tax returns and a December 31, 2016 balance sheet for The Source Force, LLC ("Source Force"), an affiliate of Creek Equity, as guarantor of a portion of the Creek Equity bid.

5. During the Auction, in consultation with the Debtor's CRO and proposed counsel, the Committee and its proposed counsel, I analyzed each bid and determined that the Creek Equity bid provided $2.23 million more cash over the life of the license agreement as compared to the Stalking Horse Bidder's bid. In addition, the Creek Equity bid provided $1.03 million more in cash in Year 1 as compared to the Stalking Horse Bidder's bid. After taking into account the Stalking Horse Bidder's subordination of their alleged secured claim, I determined that the Creek Equity bid still provided $730,000 more nominal value to the estate.

6. The Debtor's CRO additionally requested that I analyze and compare the financial information provided by the Stalking Horse Entities and Source Force. The results of my

2

Comparative Income Analysis are reflected in Exhibit A, which demonstrates that Source Force operated at a greater margin and was more profitable than the Stalking Horse Entities in 2015, the only year for which the bidders provided operating information.

7. In addition to the foregoing, I reviewed Lexis Nexis searches on each of the Stalking Horse Entities and their principal, Hasmulsh Savalia, the individual principal of those entities, the three individual principals of Creek Equity (Scott Zack, Jeremy Ring, and Greg Spinder) and Source Force. While certain tax liens were of record for one of the Creek Equity principals, they were not deemed to be material in the context of this matter after discussions with the Debtor's CRO and its proposed counsel, and the Committee and its proposed counsel.

8. The Debtor's CRO additionally requested that I review and analyze the financial information in light of the arguments made in the Objection of the Stalking Horse Bidder [Docket No. 62] and the Objection of TVII Corp., Bhungalia Family, LLC and Ronak Khichadia (collectively, the "Secured Lenders") [Docket No. 61]. The Secured Lenders argue in their objection that Creek Equity, through Source Force, does not have the wherewithal to satisfy its obligations under the license agreement. However, on an extrapolation of metrics applied consistently to both bidders, the Stalking Horse Entities would be required to generate four times their 2015 sales revenue (to approximately $56 million) in order to meet its final Year 1 annual minimum guaranteed royalty in full, while Source Force would only need to double its sales revenue (to approximately $10 million). This is shown in my analysis included on Exhibit A.

9. In response to the Secured Lenders' objection that their recoveries would suffer if Creek Equity is the successful bidder and defaults in Year 1, I prepared liquidation analyses. Creek Equity provides more cash in both a high and low liquidation scenario than the Stalking Horse Entities, who would have insufficient assets as demonstrated in the liquidation analyses in

3

Exhibit C and Exhibit D.  In addition, while the Stalking Horse Entities may have approximately $11 million of inventory while Creek Equity (through Source Force) reports $2.5 million, the Stalking Horse Entities have over $12 million in accounts payable, while Source Force has approximately $50,000 in accounts payable.

        10.    The Stalking Horse Bidder argues in its Objection that the Stalking Horse Bidder's bid would provide more money to unsecured creditors than the Creek Equity bid. However, this analysis is incorrect and fails to take into account the $2.3 million that must be paid to the Secured Lenders before payments to unsecured creditors. In fact, as reflected in the waterfall analysis (Exhibit B), unsecured creditors would receive a minimum of $2.04 million under the Creek Equity bid, while they would receive only a minimum of $1.31 million under the Stalking Horse Bidder's bid.

        /S/ Blanche Zelmanovich
        Blanche Zelmanovich, Managing Director
        CBIZ Accounting, Tax and Advisory of New York, LLC

Sworn to and subscribed before me this
18th day of January, 2017

/s/ Tracy L. Klestadt
Notary Public

**Choxi.com, Inc.**
**Comparative Income Analysis**
**For Calendar Year 2015**
**Source: 2015 Tax Returns**

| Description | | Stalking Horse Entities | % | | Source Force | % |
|---|---|---:|---:|---|---:|---:|
| **Income** | | | | | | |
| Gross Receipts | $ | 14,008,559 | 100.0% | $ | 4,272,137 | 100.0% |
| Less: Returns & Allowances | | (943,438) | -6.7% | | (6,901) | -0.2% |
| Cost of Goods Sold | | (10,897,310) | -77.8% | | (2,855,094) | -66.8% |
| Other Income | | 9,053 | 0.1% | | 4 | 0.0% |
| **Gross Profit** | $ | 2,176,864 | 15.5% | $ | 1,410,146 | 33.0% |
| | | | | | | |
| **Total Expenses** | | 1,997,876 | 14.3% | | 764,176 | 17.9% |
| **Net Income** | $ | 178,988 | 1.3% | $ | 645,970 | 15.1% |

**Bidder Breakeven Analysis**

| | | Stalking Horse | | | Source Force | |
|---|---|---:|---:|---|---:|---:|
| *2015 Margin* | | 15.5% | | | 33.0% | |
| *2015 Expense* | | 14.3% | | | 17.9% | |
| | | | | | | |
| Minimum Year 1[1] | $ | 720,000 | | $ | 1,500,000 | |
| | | | | | | |
| Breakeven Sales[2] | $ | 56,351,054 | 100.0% | $ | 9,920,345 | 100.0% |
| COGS | | 47,594,366 | 84.5% | | 6,645,849 | 67.0% |
| Gross Profit | | 8,756,688 | 15.5% | | 3,274,496 | 33.0% |
| Expenses | | 8,036,688 | | | 1,774,496 | |
| Net Income | $ | 720,000 | | $ | 1,500,000 | |

[1] Excludes the Administrative Fee already deposited into an escrow account.
[2] The break even sales results for the Stalking Horse Entities and Source Force are $56.3 million and $9.9 million, respectively.  We note that this results in a multiple of 4x and 2.3x for the Stalking Horse Entities and Source Force, respectively.

**Choxi.com, Inc.**
**Bid Comparison - Final Round**

**Stalking Horse Bidder** — Personal Guarantee Dropped in Prior Round; Cross Corporate Guarantee Added

| | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|
| Subordinated[1] | $ 1,500,000 | | | | | | |
| Administration Fee | $ 250,000 | | | | | | |
| *Royalty %* | | 12% | 10% | 8% | 6% | 4% | |
| Minimum Guarantee | | $ 60,000 | $ 60,000 | $ 60,000 | $ 50,000 | $ 50,000 | |
| Annual Minimum Guaurantee | | $ 720,000 | $ 720,000 | $ 720,000 | $ 600,000 | $ 600,000 | $ 3,360,000 |
| **Min. Cash Total by Year** | | **$ 970,000** | **$ 720,000** | **$ 720,000** | **$ 600,000** | **$ 600,000** | **$ 3,610,000** |

**Creek Equity** — Cross Corporate Guarantee; Secured lien on Source Force and Creek Equity for first years minimum

| | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|
| Administration Fee | $ 500,000 | | | | | | |
| *Royalty %* | | 12% | 10% | 8% | 6% | 4% | |
| Minimum Guarantee | | $ 125,000 | $ 80,000 | $ 80,000 | $ 80,000 | $ 80,000 | |
| Annual Minimum Guaurantee | | $ 1,500,000 | $ 960,000 | $ 960,000 | $ 960,000 | $ 960,000 | $ 5,340,000 |
| **Min. Cash Total by Year** | | **$ 2,000,000** | **$ 960,000** | **$ 960,000** | **$ 960,000** | **$ 960,000** | **$ 5,840,000** |

**Stalking Horse Variance**
Higher (Lower)     $ (1,030,000)   $ (240,000)   $ (240,000)   $ (360,000)   $ (360,000)   $ (2,230,000)

[1] For purposes of this analysis, the Stalking Horse Bidder's secured claim is considered valid and unchallenged. The Debtor and Committee reserve all rights with respect to the validity and amount of the Stalking Horse Bidder's alleged secured claim.

**Choxi.com, Inc.**
**Bid Comparison Waterfall**

**Stalking Horse Bidder**

| | | | | | | |
|---|---|---|---|---|---|---|
| Subordinated[1] | $ 1,500,000 | | | | | |
| Admin Fee | $ 250,000 | | | | | |
| | **Year 1** | **Year 2** | **Year 3** | **Year 4** | **Year 5** | |
| *Royalty %* | 12% | 10% | 8% | 6% | 4% | |
| Annual Minimum Guaurantee | $ 720,000 | $ 720,000 | $ 720,000 | $ 600,000 | $ 600,000 | $ 3,360,000 |
| **Min. Cash Total by Year** | **$ 970,000** | **$ 720,000** | **$ 720,000** | **$ 600,000** | **$ 600,000** | **$ 3,610,000** |
| | | | | | | |
| **Estimated Claims at beginning of year** | | | | | | |
| 1st Lien Secured | $ 2,300,000 | $ 1,330,000 | $ 610,000 | $ - | $ - | $ 2,300,000 |
| 2nd Lien Secured | $ - | $ - | $ - | $ - | $ - | $ - |
| GUC | $ 25,000,000 | $ 25,000,000 | $ 25,000,000 | $ 24,890,000 | $ 24,290,000 | $ 25,000,000 |
| Subordinated[1] | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 |
| | | | | | | |
| **Estimated Payments** | | | | | | |
| 1st Lien Secured | $ 970,000 | $ 720,000 | $ 610,000 | $ - | $ - | $ 2,300,000 |
| 2nd Lien Secured | $ - | $ - | $ - | $ - | $ - | $ - |
| GUC | $ - | $ - | $ 110,000 | $ 600,000 | $ 600,000 | $ 1,310,000 |
| Subordinated[1] | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | |
| **Estimated Claims at year end** | | | | | | |
| 1st Lien Secured | $ 1,330,000 | $ 610,000 | $ - | $ - | $ - | $ - |
| 2nd Lien Secured | $ - | $ - | $ - | $ - | $ - | $ - |
| GUC | $ 25,000,000 | $ 25,000,000 | $ 24,890,000 | $ 24,290,000 | $ 23,690,000 | $ 23,690,000 |
| Subordinated[1] | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 |

[1] For purposes of this analysis, the Stalking Horse Bidder's secured claim is considered valid and unchallenged. The Debtor and Committee reserve all rights with respect to the validity and amount of the Stalking Horse Bidder's alleged secured claim.

**Choxi.com, Inc.**
**Bid Comparison Waterfall**

**Creek Equity**

| | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|
| Subordinated[1] | N/A | | | | | | |
| Admin Fee | $ 500,000 | | | | | | |
| *Royalty %* | | 12% | 10% | 8% | 6% | 4% | |
| Per Year Minimum | | $ 1,500,000 | $ 960,000 | $ 960,000 | $ 960,000 | $ 960,000 | $ 5,340,000 |
| **Min. Cash Total by Year** | | **$ 2,000,000** | **$ 960,000** | **$ 960,000** | **$ 960,000** | **$ 960,000** | **$ 5,840,000** |
| **Estimated Claims at beginning of year** | | | | | | | |
| 1st Lien Secured | | $ 2,300,000 | $ 300,000 | $ - | $ - | $ - | $ 2,300,000 |
| 2nd Lien Secured | | $ 1,500,000 | $ 1,500,000 | $ 840,000 | $ - | $ - | $ 1,500,000 |
| GUC | | $ 25,000,000 | $ 25,000,000 | $ 25,000,000 | $ 24,880,000 | $ 23,920,000 | $ 25,000,000 |
| Subordinated[1] | | $ - | $ - | $ - | $ - | $ - | $ - |
| **Estimated Payments** | | | | | | | |
| 1st Lien Secured | | $ 2,000,000 | $ 300,000 | $ - | $ - | $ - | $ 2,300,000 |
| 2nd Lien Secured | | $ - | $ 660,000 | $ 840,000 | $ - | $ - | $ 1,500,000 |
| GUC | | $ - | $ - | $ 120,000 | $ 960,000 | $ 960,000 | $ 2,040,000 |
| Subordinated[1] | | $ - | $ - | $ - | $ - | $ - | $ - |
| **Estimated Claims at year end** | | | | | | | |
| 1st Lien Secured | | $ 300,000 | $ - | $ - | $ - | $ - | $ - |
| 2nd Lien Secured | | $ 1,500,000 | $ 840,000 | $ - | $ - | $ - | $ - |
| GUC | | $ 25,000,000 | $ 25,000,000 | $ 24,880,000 | $ 23,920,000 | $ 22,960,000 | $ 22,960,000 |
| Subordinated[1] | | $ - | $ - | $ - | $ - | $ - | $ - |

[1] For purposes of this analysis, the Stalking Horse Bidder's secured claim is considered valid and unchallenged. The Debtor and Committee reserve all rights with respect to the validity and amount of the Stalking Horse Bidder's alleged secured claim.

**Choxi.com, Inc.**
**Bid Comparison Waterfall**

**Variance to Stalking Horse**

| | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|
| Subordinated[1] | N/A | | | | | | |
| Admin Fee | $ (250,000) | | | | | | |
| *Royalty %* | | - | - | - | - | - | |
| Per Year Minimum | | $ (780,000) | $ (240,000) | $ (240,000) | $ (360,000) | $ (360,000) | $ (1,980,000) |
| **Min. Cash Total by Year** | | **$ (1,030,000)** | **$ (240,000)** | **$ (240,000)** | **$ (360,000)** | **$ (360,000)** | **$ (2,230,000)** |
| | | | | | | | |
| **Estimated Claims at beginning of year** | | | | | | | |
| 1st Lien Secured | | $ - | $ 1,030,000 | $ 610,000 | $ - | $ - | $ - |
| 2nd Lien Secured | | $ (1,500,000) | $ (1,500,000) | $ (840,000) | $ - | $ - | $ (1,500,000) |
| GUC | | $ - | $ - | $ - | $ 10,000 | $ 370,000 | $ - |
| Subordinated[1] | | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 |
| | | | | | | | |
| **Estimated Payments** | | | | | | | |
| 1st Lien Secured | | $ (1,030,000) | $ 420,000 | $ 610,000 | $ - | $ - | $ - |
| 2nd Lien Secured | | $ - | $ (660,000) | $ (840,000) | $ - | $ - | $ (1,500,000) |
| GUC | | $ - | $ - | $ (10,000) | $ (360,000) | $ (360,000) | $ (730,000) |
| Subordinated[1] | | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | |
| **Estimated Claims at year end** | | | | | | | |
| 1st Lien Secured | | $ 1,030,000 | $ 610,000 | $ - | $ - | $ - | $ - |
| 2nd Lien Secured | | $ (1,500,000) | $ (840,000) | $ - | $ - | $ - | $ - |
| GUC | | $ - | $ - | $ 10,000 | $ 370,000 | $ 730,000 | $ 730,000 |
| Subordinated[1] | | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 |

[1] For purposes of this analysis, the Stalking Horse Bidder's secured claim is considered valid and unchallenged. The Debtor and Committee reserve all rights with respect to the validity and amount of the Stalking Horse Bidder's alleged secured claim.

**Choxi.com, Inc.**
**Analysis of Balance Sheets for the Stalking Horse Entities**
**Liquation Analysis as of 9/30/16**
Source: The information contained in this analysis was obtained from the September 30, 2016 Balance Sheets of the Stalking Horse Entities

|  | 9/30/2016 | % | Liquidation Analysis | | | |
|---|---|---|---|---|---|---|
|  |  |  | High | | Low | |
| **Assets** |  |  |  |  |  |  |
| Cash | $ 425,135 | 2.3% | 100% | $ 425,135 | 100% | $ 425,135 |
| Accounts Receivable | 5,280,050 | 28.8% | 80% | 4,224,040 | 50% | 2,640,025 |
| Inventory | 11,066,405 | 60.4% | 60% | 6,639,843 | 30% | 3,319,922 |
| Other Current Assets - Prepaid Income Taxes | 54,073 | 0.3% | 0% | - | 0% | - |
| Other Current Assets - Advance to Employee | 30,000 | 0.2% | 50% | 15,000 | 50% | 15,000 |
| Buildings and Other Depreciable Assets | 232,280 | 1.3% [1] | 50% | 116,140 | 50% | 116,140 |
| Less: Accumulated Depreciation | (205,777) | -1.1% |  |  |  |  |
| Other Assets - Loan Receivable Officers | 107,388 | 0.6% | 50% | 53,694 | 50% | 53,694 |
| Other Assets - Loan Receivable Others | (147,750) | -0.8% | 50% | (73,875) | 50% | (73,875) |
| Other Assets - Loan Receivable Affiliates | 1,389,601 | 7.6% | 50% | 694,801 | 50% | 694,801 |
| Other Assets - Security Deposit | 79,051 | 0.4% | 100% | 79,051 | 100% | 79,051 |
| **Total Assets** | **$ 18,310,457** | **100.0%** |  | **$ 12,173,829** |  | **$ 7,269,892** |
|  |  |  |  |  |  |  |
| **Liabilities** |  |  |  |  |  |  |
| Accounts Payable | $ 12,280,064 | 89.3% | 100% | $ 12,280,064 | 100% | $ 12,280,064 |
| Credit Cards | (11,457) | -0.1% | 100% | (11,457) | 100% | (11,457) |
| Other Current Liabilities - Due from Affiliate | 1,293,379 | 9.4% | 100% | 1,293,379 | 100% | 1,293,379 |
| Other Current Liabilities - Accrued Expenses | 5,000 | 0.0% | 100% | 5,000 | 100% | 5,000 |
| Other Current Liabilities - Net Payroll & Taxes Payable | 6,378 | 0.0% | 100% | 6,378 | 100% | 6,378 |
| Other Current Liabilities - Accrued Payroll & Taxes | 173 | 0.0% | 100% | 173 | 100% | 173 |
| Long Term Liabilities - HSBC Loan | 156,069 | 1.1% | 100% | 156,069 | 100% | 156,069 |
| Other Liabilities - Due to Related Party | 20,000 | 0.1% | 100% | 20,000 | 100% | 20,000 |
| **Total Liabilities** | **13,749,607** | **100.0%** |  | **$ 13,749,607** |  | **$ 13,749,607** |
|  |  |  |  |  |  |  |
| Capital Stock | 4,000 |  | Liq. Value | $ (1,575,778) | Liq. Value | $ (6,479,714) |
| Additional Paid-In Capital | 25,000 |  |  |  |  |  |
| Dividend Distribution | (288,546) |  |  |  |  |  |
| Owners' Equity | 35,431 |  |  |  |  |  |
| Retained Earnings | 2,228,554 |  |  |  |  |  |
| Net Income | 2,556,411 |  |  |  |  |  |
| **Total Shareholders' Equity** | **4,560,850** |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Total Liabilities & Equity** | **$ 18,310,457** |  |  |  |  |  |

[1] As this includes buildings we used a 50% discount rate as it is unclear what the actual breakdown maybe.

Exhibit C    Page 6 of 7

**Choxi.com, Inc.**
**Analysis of Balance Sheets for Source Force**
**Liquation Analysis as of 12/31/16**
**Source: The information contained in this analysis was obtained from the December 31, 2016 Balance Sheet of Source Force**

|  | 12/31/2016 | % | Liquidation Analysis | | | |
|---|---:|---:|---|---:|---|---:|
|  |  |  | High | | Low | |
| **Assets** |  |  |  |  |  |  |
| Cash | $ 226,647 | 6.2% | 100% | $ 226,647 | 100% | $ 226,647 |
| Accounts Receivable | 898,406 | 24.4% | 80% | 718,725 | 50% | 449,203 |
| Inventory | 2,547,674 | 69.3% | 60% | 1,528,604 | 30% | 764,302 |
| Depreciable Assets | 49,651 | 1.4% [1] | 30% | 14,895 | 30% | 14,895 |
| Depreciation | (49,651) | -1.4% | 0% | - | 0% | - |
| Other Assets - Security Deposit | 3,314 | 0.1% | 0% | - | 0% | - |
| **Total Assets** | **$ 3,676,041** | **100.0%** |  | **$ 2,488,871** |  | **$ 1,455,047** |
|  |  |  |  |  |  |  |
| **Liabilities** |  |  |  |  |  |  |
| Accounts Payable | $ 50,352 | 54.5% | 100% | $ 50,352 | 100% | $ 50,352 |
| Credit Card Payable | 27,369 | 29.6% | 100% | 27,369 | 100% | 27,369 |
| Other Current Liabilities | 14,721 | 15.9% | 100% | 14,721 | 100% | 14,721 |
| **Total Liabilities** | **92,442** | **100.0%** |  | **$ 92,442** |  | **$ 92,442** |
|  |  |  |  |  |  |  |
| **Equity** |  |  | Liq. Value | $ 2,396,429 | Liq. Value | $ 1,362,605 |
| Capital Stock | 1,000 |  |  |  |  |  |
| Additional Paid In Capital | 265,845 |  |  |  |  |  |
| Retained Earnings | 3,501,638 |  |  |  |  |  |
| **Total Equity** | **3,768,483** |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Total Liabilities & Equity** | **$ 3,676,041** |  |  |  |  |  |

[1] As this does not indicate that buildings are included, we estimated a 30% realization rate.