**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :    Chapter 11
                                                               :
CHOXI.COM, INC., a/k/a NOMORERACK.COM,   :    Case No. 16-13131(SCC)
INC.                                                           :
                                                               :
                    Debtor.                                    :
---------------------------------------------------------------x

## ORDER CONFIRMING DEBTOR'S CHAPTER 11 PLAN OF LIQUIDATION AND GRANTING RELATED RELIEF

The Corrected Plan of liquidation of Choxi.com, Inc. a/k/a Nomorerack.com, Inc. (the "Debtor") Pursuant to Chapter 11 of the Bankruptcy Code dated October 9, 2017 [Docket No. 140] and Supplement to the Plan [Docket No. 163] (collectively, together with all exhibits and schedules thereto, and as further amended, modified and/or supplemented from time to time, the "Plan"), and corresponding Disclosure Statement for the Plan [Docket No. 141] having been filed with the Bankruptcy Court; and the same having been provided to creditors and equity holders whose acceptance is required by applicable law in accordance with this Court's Order Approving (i) Disclosure statement, (ii) Form and Manner of Notices, (iii) Form of Ballots and (iv) Solicitation Materials and Solicitation Procedures [Docket No. 144]; and upon the Declaration of Eddy Friedfeld in Support of Entry of an Order Confirming the Debtor's Plan dated December 8, 2017 [Docket No. 166]; and upon the Amended Certification of Catherine Nownes-Whittaker of Rust Consulting/Omni Bankruptcy dated December 4, 2017 [Docket No. 162]; and upon the arguments of counsel made and the evidence adduced at the hearing held on December 18, 2017 concerning the confirmation of the Plan; and upon the record of all proceedings heretofore held in this case; and any and all objections to confirmation of the Plan having been withdrawn or overruled on their merits; and it having been found and determined that:

1. The Plan has been accepted in writing by the creditors and equity holders whose acceptance is required by law;

2. The Plan complies with the relevant provisions of Chapter 11 of the Bankruptcy Code and has been proposed in good faith and not by any means forbidden by law;

3. Each class of claims or interests has accepted the Plan or will receive or retain under the Plan property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if the Debtor were liquidated under Chapter 7 of the Bankruptcy Code on such date;

4. All payments made or promised by the Debtor or by any person acquiring property under the Plan or by any other person for services or for costs and expenses in, or in connection with, the Plan and incident to the case, have been fully disclosed to the Court and are reasonable or, if to be fixed after confirmation of the Plan, will be subject to the approval of the Court; and

5. Confirmation of the Plan is not likely to be followed by any further liquidation which is not contemplated in the Plan or the need for further financial reorganization of the Debtor; it is hereby

**ORDERED,** that the Plan, a copy of which is annexed to this Order as **Exhibit A** and incorporated herein by reference, is confirmed in accordance with Section 1129 of the Bankruptcy Code; and it is further

**ORDERED,** that the Plan Administrator (as defined in the Plan) and the Oversight Committee (as defined in the Plan) are hereby authorized and directed to take all steps reasonably necessary to effectuate and fulfil the provisions in the Plan; and it is further

**ORDERED,** that in accordance with section 1141 of the Bankruptcy Code, the provisions of the Plan bind the Debtor and all creditors and equity holders of the Debtor, whether or not such parties accepted the Plan; and it is further

**ORDERED,** that all United States Trustees Fees under 28 USC §1930 shall be paid on the Effective Date; and it is further

**ORDERED,** that the failure to specifically include any particular provision of the Plan in this Confirmation Order shall not diminish or impair the effectiveness of any such provision, it being the intent of this Court that the Plan is approved and confirmed in its entirety pursuant to this Order; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to any dispute arising in connection with the Plan or this Order.

Dated: New York, New York
       December 18, 2017

/S/ Shelley C. Chapman
HON. SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE