UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In re:

CHOXI.COM, INC.,

     Debtor.

Chapter 11

Case No. 16-13131 (MEW)

-----------------------------------------------------------------X

TRACY L. KLESTADT, in his capacity as Plan Administrator of the estate of Choxi.com, Inc.,

     Plaintiff,

- against -

J.CLUB, INC.; N.D. GEMS INC.; 9TH LLC; LUCENT JEWELERS, INC.; 32 GROUP HOLDING COMPANY LLC; MAHID PISHYAR; AMIN PISHYAR; EHSANPISHYAR AND ISMET SAITI,

     Defendants.

Adv. Proc. No. 21-01193 (MEW)

-----------------------------------------------------------------X

**ORDER GRANTING MOTION OF WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP TO WITHDRAW AS COUNSEL FOR 32 GROUP HOLDING COMPANY LLC, MAHID PISHYAR, AMIN PISHYAR, EHSAN PISHYAR AND ISMET SAITI AND FOR RELATED RELIEF**

Upon consideration of the motion (the "Withdrawal Motion") of Westerman Ball Ederer Miller Zucker & Sharfstein, LLP ("Westerman Ball"), pursuant to Local Rule 2090(e) of this Court, for (a) entry of an Order authorizing Westerman Ball to withdraw as attorney of record for 32 Group Holding Company LLC ("32 Group"), along with the following individuals: Mahid Pishyar, Amin Pishyar, Ehsan Pishyar and Ismet Saiti (the individuals collectively referred to as the "Individual Defendants," and together with 32 Group, the "32 Group Defendants") in the above-titled Debtor's bankruptcy case and in connection with the above-referenced adversary proceeding, and (b) for related relief; and due and proper notice of the Withdrawal Motion having

been provided; and the Court having determined that there is sufficient cause shown for the relief granted herein, it is hereby **ORDERED,** as follows:

1. The relief requested on the Motion is granted, as set forth herein.

2. Westerman Ball is relieved as counsel for each of 32 Group Holding Company LLC, Mahid Pishyar, Amin Pishyar, Ehsan Pishyar and Ismet Saiti, in the above-titled adversary proceeding and in the above-referenced Debtor's bankruptcy case.

3. Westerman Ball shall send a copy of this Order to each of 32 Group Holding Company LLC, Mahid Pishyar, Amin Pishyar, Ehsan Pishyar and Ismet Saiti, with a copy to Tracy Klestadt, Esq. as Plan Administrator of the Debtor's estate.

4. Further proceedings in the above-titled adversary proceeding are hereby stayed for a period of twenty (20) days after the date of entry of this Order to permit each of 32 Group Holding Company LLC, Mahid Pishyar, Amin Pishyar, Ehsan Pishyar and Ismet Saiti to seek to engage replacement counsel.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
       November 9, 2022

                          /s/ **Michael E. Wiles**
                          Hon. Michael E. Wiles
                          United States Bankruptcy Judge